478 A.2d 135

Commonwealth, Appellant, v. Slotcavage.

Submitted May 9, 1984.
Kent D. Watkins, Assistant District Attorney, for Commonwealth, appellant; Thomas K. Noonan, for appellee.

Before WICKERSHAM, WIEAND and LIPEZ, JJ.

Order affirmed.

478 A.2d 135

Commonwealth v. Thomas, Appellant.

Argued January 10, 1984. M.K. Smith, Assistant Public Defender, for appellant; Phyllis R. Streitel, Assistant District Attorney, for Commonwealth, appellee.

Before CAVANAUGH, McEWEN and HOFFMAN, JJ.

Judgment of sentence affirmed.